# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>    **Plaintiff,**<br>    **v.**<br><br>**QUEST INTELLIGENCE GROUP LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:12-cv-02402-JAM-DAD**<br><br>**ORDER GRANTING EEOC'S REQUEST TO SEAL DOCUMENTS** |

Plaintiff EEOC's Request to Seal Documents was presented before the Court. Upon consideration of the Request, the Court finds there to be good cause for granting the EEOC's request to permanently seal the following documents:

1. Docket No. 17-1: Declaration of Nathan Garcia, filed July 24, 2013, in Support of EEOC's Motion for Summary Adjudication, 1 page.

2. Docket No. 19-3: Declaration of Nathan Garcia, filed August 7, 2013, in Support of EEOC's Opposition to Defendant Quest Intelligence LLC's, 1 page.

IT IS THEREFORE ORDERED that the EEOC's Request to Seal Documents is GRANTED. IT IS SO ORDERED.

DATED: 8/9/2013

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

**[PROPOSED] ORDER**
**CV-12-02402 JAM DAD**