WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
LINDA S. ORDONIO-DIXON   SBN 172830
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>QUEST INTELLIGENCE GROUP, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 2:12-CV-02402 JAM DAD<br><br>JAM<br>[~~PROPOSED~~] ORDER SHORTENING TIME FOR THE FILING OF PLAINTIFF EEOC'S MOTION TO STAY LITIGATION |

Upon finding good cause shown, the Court grants Plaintiff Equal Employment Opportunity Commission's Application for an Order Shortening Time for the filing of Plaintiff's Motion to Stay Litigation. It is hereby ORDERED that the EEOC's Motion to Stay Litigation shall be considered timely filed and will be considered by the Court at its earliest convenience.

Dated: October 1, 2013

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE