WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
LINDA S. ORDONIO-DIXON   SBN 172830
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUEST INTELLIGENCE GROUP, LLC,<br><br>Defendant. | CIVIL ACTION NO. 2:12-CV-02402 JAM DAD JAM<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF EEOC'S MOTION TO STAY LITIGATION |

Upon finding good cause shown, the Court grants Plaintiff Equal Employment Opportunity Commission's Motion to Stay Litigation. It is hereby ORDERED that this litigation is stayed until the restoration of EEOC appropriations and that all deadlines which occur during the term of the lapse in appropriation shall be extended by the same time period as the lapse.

Dated: October 1, 2013

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE